IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANS CHRISTIAN ANDERSEN,

    Plaintiff,

v.                                             CASE NO. 4:10-cv-00233-MP-WCS

DEGALA, FLORIDA STATE HOSPITAL, STATE OF FLORIDA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation from the Magistrate Judge. On August 25, 2010, the Magistrate Judge ordered the Plaintiff to file an amended complaint by September 27, 2010. Plaintiff has not complied with that order. A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).

The Magistrate Judge therefore recommended this case be dismissed. Plaintiff has filed no objection, and the time for doing so has passed. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 18, is ADOPTED and incorporated herein.

    2.    This case is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this  *19th* day of November, 2010

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge